

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**F I L E D**

Sep 25 2023

ARTHUR JOHNSTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN  DIVISION

JOHN DAVID MOONEY                                                    PLAINTIFF


VERSUS                                         CIVIL ACTION NO.  2:22-cv-35- KS-LGI


KILOLO KIJAKAZI, ACTING                                    DEFENDANT
COMMISSIONER OF SOCIAL SECURITY

<u>ORDER</u>

This cause came on this date to be heard upon the Report and Recommendation of the

United States Magistrate Judge entered herein on July 31, 2023, after referral of hearing by this

Court, no objections having been filed as to the Report and Recommendation, and the Court,

having fully reviewed the same as well as the record in this matter, and being duly advised in the

premises, finds that said Report and Recommendation should be adopted as the opinion of this

Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same

hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed with

prejudice. A separate judgment will be entered herein in accordance with this Order as required

by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 25th  day of September 2023.


 /s/Keith Starrettt_____
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE